UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re VEECO INSTRUMENTS, INC., SECURITIES LITIGATION | 05-MD-1695 (CM) |
| THIS DOCUMENT RELATES TO: |  |
| AUGUST SCHUPP, III, derivatively on behalf of VEECO INSTRUMENTS, INC., Plaintiff(s), v. EDWARD H. BRAUN, et al., Defendant(s), | 05-CV-10225 (CM) **DECLARATION OF ROBERT I. HARWOOD IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR CONSOLIDATED AMENDED VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT AND TO FILE A SECOND CONSOLIDATED AMENDED VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT** |
| DAVID ALTMAN, derivatively on behalf of VEECO INSTRUMENTS, INC., Plaintiff(s), v. EDWARD H. BRAUN, et al., Defendant(s) | 05-CV-10226 (CM) |

I, Robert I. Harwood, declare under penalty of perjury, as follows:

1. I am a partner of the law firm Wechsler Harwood LLP, counsel to Plaintiffs in this action.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Consolidated Amended Verified Shareholder Derivative Complaint filed on September 26, 2005.

3. Attached hereto as Exhibit B is a true and correct copy of Plaintiffs' (Proposed) Second Consolidated Amended Verified Shareholder Derivative Complaint.

Dated: November 7, 2006

                                                                  _____s/_Robert I. Harwood_
                                                                       Robert I. Harwood