UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————x
In Re VEECO INSTRUMENTS, INC.,          :    05-MD-1695 (CM)
SECURITIES LITIGATION                    :
————————————————————————x
THIS DOCUMENT RELATES TO:                :
————————————————————————x
AUGUST SCHUPP, III, derivatively on behalf of :    05-CV-10225 (CM)
VEECO INSTRUMENTS, INC.,                 :
                                         :
                Plaintiff(s),            :
                                         :
                                         :
        v.                               :
                                         :
                                         :
EDWARD H. BRAUN, et al.,                 :
                                         :
                Defendant(s),            :
————————————————————————x
DAVID ALTMAN, derivatively on behalf of  :    05-CV-10226 (CM)
VEECO INSTRUMENTS, INC.,                 :
                                         :
                Plaintiff(s),            :
                                         :
                                         :
        v.                               :
                                         :
                                         :
EDWARD H. BRAUN, et al.,                 :
                                         :
                Defendant(s)             :
————————————————————————x

**DECLARATION OF SHANE T. ROWLEY IN SUPPORT OF PLAINTIFFS' REPLY
MEMORANDUM IN FURTHER SUPPORT OF THEIR MOTION FOR LEAVE TO
AMEND THEIR CONSOLIDATED AMENDED SHAREHOLDER DERIVATIVE
COMPLAINT AND TO FILE A SECOND CONSOLIDATED AMENDED
SHAREHOLDER DERIVATIVE COMPLAINT**

I, SHANE T. ROWLEY, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am partner in the law firm of Faruqi & Faruqi, LLP, counsel to Plaintiffs August Schupp, III, and Davit Altman (the "Derivative Plaintiffs").

2.      Attached hereto as Exhibit A is a true and correct copy of the *Wall Street Journal* (the "Journal") article entitled *The Perfect Payday: Some CEOs Reap Millions By Landing Stock Options When They Are Most Valuable: Luck-Or Something Else?*, dated March 18, 2006.

3.      Attached hereto as Exhibit B is a true and correct copy of the Journal's article entitled *ACS Officers Quit After Internal Options Probe*, dated November 27, 2006.

5.      Attached hereto as Exhibit C is a true and correct copy of the letter from Robert Serio, counsel for Defendants of the law firm of Gibson, Dunn & Crutcher LLP to the Honorable Colleen McMahon, dated July 27, 2006, endorsed by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of December 2006.

_____
Shane T. Rowley