# Exhibit L

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

OMB APPROVAL

OMB Number: 3235-0287
Expires: December 31, 2001
Estimated average burden
hours per response . . . . 0.5

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

(Print or Type Responses)

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Kania         Don         R.<br>(Last)    (First)    (Middle)<br><br>438 Puerto Vallarta<br>(Street)<br><br>Pleasanton    CA    94566<br>(City)    (State)    (Zip) | Veeco Instruments Inc. (VECO) | Director ___    10% Owner ___<br>X  Officer ___<br>Other ___<br>(give title below) (specify below)<br><br>President |
| | 3. IRS Identification Number of Reporting Person, if an entity (voluntary) | |
| | 4. Statement for Month/Year<br><br>March 2003 | 7. Individual or Joint/Group Filing (Check Applicable Line)<br>X  Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| | 5. If Amendment, Date of Original (Month/Year) | |

### Table I — Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | (Instr. 3 and 4) | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

* If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

(Over)

SEC 1474 (3-99)

FORM 4 (continued)

## Table II — Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (Right to Purchase) | $15.27 | 3/3/03 | A | | 100,000 | | * | 3/2/10 | Common Stock | 100,000 | | 100,000 | D | |

Explanation of Responses:

*The option becomes exercisable in 33 1/3% increments on the first, second and third anniversaries of the grant date.

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
　　See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a)

Note:　File three copies of this Form, one of which must be manually signed.　If space is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

_By: Gregory E. Robbins_
Attorney-in-fact

_March 4, 2003_
Date