UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――x
In Re VEECO INSTRUMENTS, INC.,    :   05-MD-1695 (CM)
SECURITIES LITIGATION              :
―――――――――――――――――――――x
THIS DOCUMENT RELATES TO:          :
―――――――――――――――――――――x
AUGUST SCHUPP, III, derivatively on behalf of : 05-CV-10226 (CM)
VEECO INSTRUMENTS, INC.,           :
                                   :
            Plaintiff(s),          :   **[PROPOSED]**
                                   :   **UNCONTESTED ORDER**
   v.                              :
                                   :
EDWARD H. BRAUN, et al.,           :
                                   :
            Defendant(s),          :
―――――――――――――――――――――x
DAVID ALTMAN, derivatively on behalf of : 05-CV-10225 (CM)
VEECO INSTRUMENTS, INC.,           :
                                   :
            Plaintiff(s),          :
                                   :
   v.                              :
                                   :
EDWARD H. BRAUN, et al.,           :
                                   :
            Defendant(s).          :
                                   :
―――――――――――――――――――――x



RECEIVED NOV 28 2006 CHAMBERS OF COLLEEN McMAHON



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _____

Before the Court is plaintiffs August Schupp, III and David Altman's Motion For Leave To Amend The Consolidated Amended Verified Shareholder Derivative Complaint And To File A Second Consolidated Amended Verified Shareholder Derivative Complaint, filed November 7, 2006, and defendants' memorandum in opposition to that motion, filed November 22, 2006. Plaintiffs' reply brief is due Friday, December 1, 2006.

Plaintiffs seek a one-week extension to file their reply to defendants' opposition papers. The parties have conferred, and defendants do not oppose the relief plaintiffs seek herein.

Accordingly, the Court hereby ORDERS that plaintiffs shall file their responsive papers by Friday, December 8, 2006.

Dated: November 25, 2006

White Plains, NY

SO ORDERED:

_____
Honorable Colleen McMahon
United States District Judge

# WECHSLER HARWOOD LLP
### 488 MADISON AVENUE
### NEW YORK, NEW YORK 10022

TELEPHONE: (212) 935-7400
TELECOPIER: (212) 753-3630



RECEIVED
NOV 28 2006
CHAMBERS OF
COLLEEN McMAHON

November 27, 2006

**BY FACSIMILE & ECF**

The Honorable Colleen McMahon
United States District Judge
United States Courthouse
300 Quarropas Street, Room 533
White Plains, New York 10601

    Re: *In re Veeco Instruments Inc. Securities Litigation*, MDL No. 7:05-MD-01695 (CM:);
*Schupp v. Braun, et al.*, No. 7:05-CV-10226 (CM).

Dear Judge McMahon:

    We are attorneys for the derivative plaintiffs in the consolidated action captioned above ("Derivative Action").

    On November 7, 2006, plaintiffs August Schupp, III and David Altman ("Derivative Plaintiffs") filed a motion to amend their consolidated amended complaint ("Motion") in the Derivative Action. On November 22, 2006, defendants filed their opposition to the Motion. Derivative Plaintiffs respectfully request a short extension to respond to defendants' opposition papers.

    Derivative Plaintiffs have conferred with defendants, and they have agreed to the extension. With Your Honor's permission, Derivative Plaintiffs have enclosed a [Proposed] Uncontested Order granting an extension to file our reply on Friday, December 8, 2006.

    We are available at Your Honor's convenience should the Court have any questions.

                              Respectfully yours,

                              Robert I. Harwood

RIH:ggc
Enclosure