UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
IN RE VEECO INSTRUMENTS INC.         :
SECURITIES LITIGATION                :    05 MD 1695 (CM)(GAY)
:
------------------------------------------------------------x
:
THIS DOCUMENT RELATES TO:            :
ALL ACTIONS                          :
:
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify, under penalty of perjury, that on the 5th day of March, 2007, I caused a true and correct copy of Defendants' Memorandum of Law in Opposition to Lead Plaintiff's Motion to Compel Defendants to Produce Electronic Discovery, the Declaration of J. Ross Wallin in Support of Defendants' Opposition to Lead Plaintiff's Motion to Compel Defendants to Produce Electronic Discovery, and the Declaration of Linda Chan to be served on the following counsel for plaintiffs by electronic means:

| | |
|---|---|
| Sherrie R. Savett, Esq. | Robert I. Harwood, Esq. |
| Phyllis M. Parker, Esq. | Samuel K. Rosen, Esq. |
| Jeffrey L. Osterwise, Esq. | Joshua D. Glatter, Esq. |
| Berger & Montague, P.C. | Harwood Feffer LLP |
| 1622 Locust Street | 488 Madison Avenue |
| Philadelphia, Pennsylvania 19103 | New York, New York 10022 |
| *Attorneys for Lead Plaintiff* | *Attorneys for Derivative Plaintiffs* |

| | |
|---|---|
| Brian D. Penny, Esq.<br>Mark S. Goldman, Esq.<br>Paul J. Scarlato, Esq.<br>Goldman Scarlato & Karon, P.C.<br>101 West Elm Street, Suite 360<br>Conshohocken, Pennsylvania 19428<br><br>*Attorneys for Derivative Plaintiffs* | Nadeem Faruqi, Esq.<br>Shane Rowley, Esq.<br>Beth A. Keller, Esq.<br>Faruqi & Faruqi, LLP<br>320 East 39th Street<br>New York, New York 10016<br><br>*Attorneys for Derivative Plaintiffs*<br><br>_____<br>J. Ross Wallin (JW-3911) |