UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE VEECO INSTRUMENTS INC.          :      No. 7:05-MD-01695-CM-GAY
SECURITIES LITIGATION                  :
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                       :
THIS DOCUMENT RELATES TO:              :
ALL ACTIONS                            :
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


## NOTICE OF MOTION AND MOTION *IN LIMINE* TO PRECLUDE TESTIMONY OF ROBERT W. BERLINER


TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and papers

in support thereof, and all prior papers and proceedings had herein, Defendants in this action will

move this Court, before the Honorable Colleen McMahon, at a date and time to be determined by

the Court, for an order to Prelude Testimony of Robert W. Berliner.


Dated:   New York, New York
         June 22, 2007


                              GIBSON, DUNN & CRUTCHER LLP

                              By:  _____
                                   John A. Herfort (JH-1460)
                                   Robert F. Serio (RS-2479)
                                   J. Ross Wallin (JW-3911)


                              200 Park Avenue
                              New York, New York 10166-0193
                              Phone: (212) 351-4000
                              Fax: (212) 351-4035

                              *Attorneys for Defendants*