# In re Veeco Instruments Inc. Securities Litigation
# 05 MD 1695 (CM) (GAY)

# Pre-Trial Order

# Exhibit J

# **DEFENDANTS' CORRECTED WITNESS LIST***

Loren Abrahamson

Steven Amato

Herman Birnbaum

David Bonagura

Marlin Braun

Edward Braun

Cathy Cantasano

Ekaterina Chemeris

Joel Elftmann

Alex Fredericks

Heinz Fridrich

Rory Greiss

David Hoppman

Bruce Huff

Dr. Vinita Juneja

Lawrence Karp

John Kiernan

Gary Levin

Irwin Pfister

Gary Reifert

John F. Rein, Jr.

Frances Scally

Kenneth Scott

Jamie Sillett

Rosa Tan

Case 1:05-cv-10226-CM    Document 146-4    Filed 06/29/2007    Page 3 of 3

Thomas Vollmer

Sal Asher

Peter Simone

Thomas Werthan

David Hess

David Duley

JoAnne Feeney

*Defendants reserve the right to call all witnesses listed by Plaintiffs.