## CERTIFICATE OF SERVICE

I, Glenn C. Mariano, hereby certify that I am over the age of 18 years, am employed by the law firm of Harwood Feffer LLP and that on March 21, 2008, the foregoing **PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF PROPOSED SETTLEMENT, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES, DECLARATION OF ROBERT I. HARWOOD IN SUPPORT OF FINAL SETTLEMENT AND FEE APPLICATION, and COMPENDIUM OF UNPUBLISHED OPINIONS** were served in accordance with the Federal Rules of Civil Procedure, and/or the Court's Local Rules by Electronic Service, upon the following:

> John A. Herfort, Esq.
> Robert J. Serio, Esq.
> J. Ross Wallin, Esq.
> Colin R. Young, Esq.
> GIBSON, DUNN & CRUTCHER LLP
> 200 Park Avenue
> New York, NY  10166
>
> ***Counsel for Defendants.***

_____
Glenn C. Mariano