UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
IN RE VEECO INSTRUMENTS INC.          : No. 7:05-MD-01695-CM-GAY
SECURITIES LITIGATION                 :
---------------------------------x
THIS DOCUMENT RELATES TO:             :
---------------------------------x
EDWARD J. HUNEKE, derivatively on behalf :
of VEECO INSTRUMENTS, INC.,           :
       Plaintiff,                     : No. 7:05-CV-10224-CM
  v.                                  :
EDWARD H. BRAUN, et al.,              :
       Defendants.                    :
---------------------------------x
AUGUST SCHUPP, III, derivatively on behalf :
of VEECO INSTRUMENTS, INC.,           :
       Plaintiff,                     : No. 7:05-CV-10225-CM
  v.                                  :
EDWARD H. BRAUN, et al.,              :
       Defendants.                    :
---------------------------------x
DAVID ALTMAN, derivatively on behalf  :
of VEECO INSTRUMENTS, INC.,           :
       Plaintiff,                     : No. 7:05-CV-10226-CM
  v.                                  :
EDWARD H. BRAUN, et al.,              :
       Defendants.                    :
---------------------------------x

### **CERTIFICATE OF SERVICE**

I, Colin Young, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 26th day of March 2008, I caused a true and correct copy of the Declaration of J. Ross Wallin Affirming Compliance with Notice Provisions in the Order Preliminarily Approving Derivative Action Settlement to be served electronically (via E-mail) upon counsel of record in this action listed below:

Robert I. Harwood, Esq.
Harwood Feffer LLP
488 Madison Avenue
New York, New York 10022

*Attorneys for Derivative Plaintiffs*

_____
Colin Young

2